IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES DONELSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SGT. D. HOLDER, JOHN DOE, DAVID HOLDER, DARREN WHITLEY, S.A. GODINEZ, DOUG STEPHENS, MICHAEL ACHISON, AIMEE LANG, DONALD STOLWORTHY, GLADYSE C. TAYLOR, and JOHN R. BALDWIN, | ) CASE NO. 15-94-SCW ) ) ) ) ) ) ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

Defendant Sgt. D. Holder, John Doe, S.A. Godinez, and Michael Achison were dismissed on April 23, 2015 by the filing of the Amended Complaint (Doc. 23).

Defendant Donald Stolworthy was substituted on July 21, 2015 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 64).

Defendant Gladyse C. Taylor was substituted on September 8, 2015 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 86).

Defendant John R. Baldwin was dismissed on November 4, 2016 by the filing of the Amended Complaint (Doc. 162).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict (Doc. 269) in favor of Defendants David Holder, Darren Whitley, and Aimee Lang and against Plaintiff Charles Donelson.

**THEREFORE,** judgment is entered in favor of Defendants **David Holder, Darren Whitley**, and **Aimee Lang** and against **Plaintiff Charles Donelson.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 30th day of October, 2018

**MARGARET M. ROBERTIE, CLERK**

**BY:** */s/ Angela Vehlewald*
**Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**